H

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYDNEY RIEMAN, K.B., a minor by and through his Guardian ad Litem, Steven L. Rieman,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO; GLORIA VAZQUEZ, MIRTA JOHNSON,<br><br>　　Defendants | Case No. 5:20-CV-00362-CBM-SPx<br><br>**ORDER FOR ENTRY OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br>[165]  [JS-6] |

1  Upon review of the parties' Stipulation for Entry of Dismissal with Prejudice
2  of Entire Action (ECF No. 165), and for good cause shown,
3  This action, in its entirety, is dismissed with prejudice pursuant to Fed.
4  R.Civ.Proc. 41(a).
5  All parties shall pay their own costs and attorneys' fees.

7  IT IS SO ORDERED,

DATED: SEPTEMBER 11, 2024

                          _____
                          HON. CONSUELO B. MARSHALL
                          United States District Judge